157 A.3d 843

RACHEL KRANZ, A MINOR BY HER GUARDIAN AD LITEM, SHELLY KRANZ AND JONATHAN KRANZ, INDIVIDUALLY, PLAINTIFFS-RESPONDENTS, v. STEVEN SCHUSS, M.D., AND TEANECK PEDIATRICS, P.A., DEFENDANTS-PETITIONERS.

December 5, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004918–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

157 A.3d 844

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MARCOS A. VASQUEZ, DEFENDANT–PETITIONER.

December 5, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001379–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.